UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62282-BLOOM/Valle

MATTHEW DEAN,
on behalf of himself and
others similarly situated,

    Plaintiffs,

v.

W. AVIATION, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Vinson Armstrong's Notice of Acceptance of Defendant's Offer of Judgment, ECF No. [90] ("Notice of Acceptance"). Pursuant to the Notice of Acceptance and Rule 58 of the Federal Rules of Civil Procedure, the Court enters a **FINAL JUDGMENT** in the amount of **$2,999.70** in favor of Plaintiff **Vinson Armstrong** and against Defendant W. Aviation LLC on all claims asserted by Plaintiff in the Complaint, ECF No. [1]. The Court reserves jurisdiction to determine the amount of reasonable attorney's fees and costs to be awarded to Plaintiff.

**DONE AND ORDERED** in Miami, Florida this 10th day of July, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Case No. 17-cv-62542-BLOOM/Valle

2