UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62282-BLOOM/Valle

MATTHEW DEAN,
on behalf of himself and
others similarly situated,

    Plaintiffs,

v.

W. AVIATION, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Brandon Bailey's Notice of Acceptance of Defendant's Offer of Judgment, ECF No. [97] ("Notice of Acceptance"). Pursuant to the Notice of Acceptance and Rule 58 of the Federal Rules of Civil Procedure, the Court enters a **FINAL JUDGMENT** in the amount of **$821.78** in favor of Plaintiff **Brandon Bailey** and against Defendant W. Aviation LLC on all claims asserted by Plaintiff in the Complaint, ECF No. [1]. The Court reserves jurisdiction to determine the amount of reasonable attorney's fees and costs to be awarded to Plaintiff. The Clerk is directed to mark this case **CLOSED.**[1] Any pending motions are **DENIED** as moot. Any pending deadlines are **TERMINATED.**

    **DONE AND ORDERED** in Miami, Florida this 17th day of July, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

---

[1] Brandon Bailey is the last remaining opt-in Plaintiff. All other opt-in Plaintiffs, Matthew Dean, Vinson Armstrong, and Carlos Jaramillo, previously accepted Defendant's individual Offers of Judgment, and the Court entered Final Judgment in their favor. *See* ECF Nos. [88], [89], [90], [91], [92], and [93].

Case No. 17-cv-62282-BLOOM/Valle

Copies to:

Counsel of Record