UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62282-BLOOM/Valle

MATTHEW DEAN,
on behalf of himself and
others similarly situated,

    Plaintiff,

v.

W. AVIATION, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. [103] ("Stipulation"), filed on October 10, 2018. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [103]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Court shall retain jurisdiction to enforce the Parties' agreement on Plaintiffs' attorney's fees and costs/

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-62282-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record